# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA GUADALUPE M.,<br><br>                                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                    Defendant. | Case No.: 22-cv-109-MMA (AHG)<br><br>**ORDER RE MAGISTRATE JUDGE CONSENT FORM**<br><br>[Doc. No. 16] |

On August 8, 2022, Plaintiff Stella Guadalupe M. filed a Notice of Consent to Magistrate Judge Jurisdiction pursuant to General Order 707. *See* Doc. No. 16. General Order 707 requires that an executed consent form must be received by the Clerk of Court within 21 days of the date of the notice. *See* Gen. Order. 707. Notice in this case was issued on January 27, 2022, *see* Doc. No. 4, so Plaintiff's executed consent form was due by February 17, 2022. Under General Order 707, absent a timely executed consent from the Plaintiff, the case is reassigned to a district court judge. Because Plaintiff did not timely consent here, the action was already reassigned to the District Judge on February 22, 2022. *See* Doc. No. 7.

However, the parties may still consent to magistrate judge jurisdiction independently. *See* 28 U.S.C. § 636(c). Accordingly, the Court **ORDERS** the United

States to respond no later than **fourteen (14) days** from the date of this Order indicating whether they consent to Judge Goddard's jurisdiction in this case.

**IT IS SO ORDERED**.

Dated: August 9, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge