UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA M.,<br><br>                           Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br> Acting Commissioner of Social Security,<br><br>                          Defendant. | Case No.: 3:22-cv-00109-AHG<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT**<br><br>**[ECF No. 26]** |

     Before the Court is Plaintiff Stella M. ("Plaintiff") and Defendant Kilolo Kijakazi's ("Defendant" or "Commissioner") Joint Motion for Voluntary Remand. ECF No. 26. Good cause appearing, the Court **GRANTS** the motion.

     **IT IS HEREBY ORDERED** that the above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, consistent with the parties' Joint Motion, the Commissioner shall vacate the Administrative Law Judge's ("ALJ") decision and remand the case to an ALJ who will offer Plaintiff the opportunity for a <u>de</u> <u>novo</u> hearing and issue a new decision.

     The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

     **IT IS SO ORDERED.**

Dated: January 3, 2023

                                                          _____
Honorable Allison H. Goddard
United States Magistrate Judge